# UNITED STATES DISTRICT COURT
### for the_

_____ )
     *Plaintiff* )
      v. )  Civil Action No.
        )
        )
_____ )
     *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

❏  other:

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

❏  decided by Judge _____ on motions for

Date:  __February 3, 2020__     *CLERK OF COURT*

            _____

            *(By) Deputy Clerk*

            _____